In re William W. SHELLEY and
Mary Shelley, Debtors.

John T. KENDALL, Trustee; United
States Trustee, Appellants,

v.

William W. SHELLEY; Mary
Shelley, Appellees.

No. 95–16490.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 5, 1997.

Decided March 26, 1997.

Margaret A. Zywicz, Law Offices of Reid-un Stromsheim, San Francisco, CA, for appellants.

Edward S. Levinson, Oakland, CA, for appellees.

Before REINHARDT, HALL, and
THOMPSON, Circuit Judges.

## ORDER

The unpublished order filed on March 18, 1997, is hereby designated as a published order.

## ORDER

We adopt the reasoning of the Bankruptcy Appellate Panel, *Shelley v. Kendall,* 184 B.R. 356 (9th Cir. BAP 1995), and AFFIRM its opinion.